**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 2:25-cr-20433-MSN** |
| | ) | |
| **SHALANN MURPHY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO DISMISS INDICTMENT

COMES NOW, the United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and Regina Brittenum, Assistant United States Attorney, and respectfully moves this Court to dismiss the Indictment (ECF Nos. 16 and 17) in the above-styled case without prejudice.

The United States respectfully requests that this case be dismissed.

Respectfully submitted,

D. Michael Dunavant
United States Attorney
Western District of Tennessee

By: *s/ Regina Brittenum*
Regina Brittenum, TN BPR #35357
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, Tennessee 38103
(901) 544-4231

## CERTIFICATE OF SERVICE

I, Regina Brittenum, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading of the United States has been filed via the District Court's electronic case filing system.

This 30th day of June 2026.

By: *s/ Regina Brittenum*
Regina Brittenum
Assistant United States Attorney